FILED

09/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0185

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0185

_____

IN RE MONTANA STATE FUND'S
APPLICATION FOR RELEASE OF
DEPARTMENT OF JUSTICE                              O R D E R
CONFIDENTIAL CRIMINAL JUSTICE
INFORMATION CONCERNING MATTHEW
AILER, CDC-2014-98.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Matthew Ailer, to all counsel of record, and to the Honorable Kathy Seeley, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 20 2023